RUSSELL WRIGHT et al., Respondents, v JAMES F. CONNOR, Appellant, et al., Defendant. [643 NYS2d 1002]

Contrary to the appellant's contentions, the verdict of the Supreme Court finding liability premised on a theory of conversion was not against the weight of the evidence. A cause of action for conversion requires a showing that the defendant exercised unauthorized dominion over the plaintiffs' property to the exclusion of the plaintiffs' rights *(see, Della Pietra v State of New York,* 125 AD2d 936, *affd* 71 NY2d 792; *see also, Salt Springs Natl. Bank v Wheeler,* 48 NY 492, 495; *AMF Inc. v Algo Distribs.,* 48 AD2d 352, 356). The conflicting evidence presented a question of credibility which the fact-finder resolved in the plaintiffs' favor *(see, Buckenberger v Clark Constr. Corp.,* 208 AD2d·790; *Stutman v Ortel,* 150 AD2d 555, 556; *Pannetta v Ramo,* 138 AD2d 686, 687).

The appellant's remaining contentions are without merit. Miller, J. P., Ritter, Krausman and McGinity, JJ., concur.